United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street - Room 2722
Chicago, IL 60604



Appeal No. 15-3440                               Date Set: March 29, 2016                    A.M. [✔]

Short Title: Monarch Beverage Co., Inc. v. Dale Grubb, et al.                                P.M. [ ]

Circuit Rule 34(a) requires that counsel who will be presenting oral argument must notify the Clerk of that fact. Therefore the names of such counsel must be listed below, and the card returned to the Clerk **not later than <u>five</u> days before the argument**. Please list the names of all attorneys who will be representing oral argument on your "side" of this appeal. At the bottom of the card check whether those counsel represent the appellant or the appellee. If only one counsel will be arguing on your "side" please check that box also. Attorneys who will present oral argument certify that they are admitted to practice in this Court and they have filed a Disclosure Statement pursuant to Circuit Rule 26.1.

Attorneys:  1. Thomas M. Fisher                                                              (print name)

            2.                                                                               (print name)

Telephone(s): 1.                                    2.

Only Attorney [ ]    For Appellant [ ]    For Appellee [✔]

APPELLANTS ONLY                          REBUTTAL TIME

# CERTIFICATE OF SERVICE

       I hereby certify that on March 2, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Kannon K. Shanmugam<br>Amy Mason Saharia<br>Allison B. Jones<br>Katherine Moran Meeks<br>WILLIAMS & CONNOLLY LLP<br>kshanmugam@wc.com<br>asaharia@wc.com<br>ajones@wc.com | Richard A. Smikle<br>Derek R. Molter<br>ICE MILLER LLP<br>richard.smikle@icemiller.com<br>derek.molter@icemiller.com |

                                              *s/ Thomas M. Fisher*
                                              Thomas M. Fisher
                                              Solicitor General

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6255
Facsimile: (317) 232-7979
Tom.Fisher@atg.in.gov